IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN P. KELLY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>P. O. ADAM STAPLETON, )<br>P. O. THOMAS A. ROLAND, and )<br>P. O. JAMES P. GARRETT, individually, )<br>)<br>Defendants. ) | No. 08 CV 2237<br><br>Judge Lefkow<br><br>Magistrate Judge Keys |

### NOTICE OF FILING

**TO:** Mr. Gregory E. Kulis, kulis_efiling@yahoo.com
Mr. David Steven Lipschultz, dlipschultz@kulislawltd.com
Ms. Shehnaz I. Mansuri, smansuri@kulislawltd.com
Ms. Ronak D. Patel, rpatel@kulislawltd.com

**PLEASE TAKE NOTICE** that on the 30th day of June, 2008, I have caused to be filed with the Clerk of the U.S. District Court, United States Court House, 219 South Dearborn Street, Chicago, Illinois 60604, an Appearance, a copy of which is attached hereto and served upon you.

*Respectfully submitted,*

By:  /s/ Kimberly A. Fladhammer
    *One of his attorneys*

Kimberly A. Fladhammer
Assistant Corporation Counsel
City of Joliet
150 West Jefferson Street
Joliet, Illinois 60432
(815) 724-3800
Fax: (815) 724-3801
Reg. No. 06211232

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Filing and Appearance were served upon the above named by electronic filing on the 30th day of June, 2008.

 /s/ Kimberly A. Fladhammer

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN P. KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No.  08 CV 2237 |
| ) | |
| P. O. ADAM STAPLETON, ) | Judge Lefkow |
| P. O. THOMAS A. ROLAND, and ) | |
| P. O. JAMES P. GARRETT, individually, ) | Magistrate Judge Keys |
| ) | |
| Defendants. ) | |

## ***APPEARANCE***

Appearance is hereby filed by the undersigned as attorney for defendant, Officer Adam Stapleton.

| NAME |  |
|---|---|
| KIMBERLY A. FLADHAMMER | |
| SIGNATURE | |
| /S/ KIMBERLY A. FLADHAMMER | |
| FIRM | |
| CITY OF JOLIET | |
| STREET ADDRESS | |
| 150 WEST JEFFERSON STREET | |
| CITY/STATE/ZIP | |
| JOLIET, ILLINOIS 60432 | |
| IDENTIFICATION NUMBER | TELEPHONE NUMBER |
| 06211232 | (815) 724-3800 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |