IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN P. KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 CV 2237 |
| | ) | |
| P. O. ADAM STAPLETON, | ) | Judge Lefkow |
| P. O. THOMAS A. ROLAND, and | ) | |
| P. O. JAMES P. GARRETT, individually, | ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

**TO:**   Mr. Gregory E. Kulis, kulis_efiling@yahoo.com
Mr. David Steven Lipschultz, dlipschultz@kulislawltd.com
Ms. Shehnaz I. Mansuri, smansuri@kulislawltd.com
Ms. Ronak D. Patel, rpatel@kulislawltd.com

**PLEASE TAKE NOTICE** that on the 30th day of June, 2008, I have caused to be filed with the Clerk of the U.S. District Court, United States Court House, 219 South Dearborn Street, Chicago, Illinois 60604, an Appearance, a copy of which is attached hereto and served upon you.

Respectfully submitted,

By:   /s/ John P. Wise
One of his attorneys

John P. Wise
Assistant Corporation Counsel
City of Joliet
150 West Jefferson Street
Joliet, Illinois 60432
(815) 724-3800
Fax: (815) 724-3801
Reg. No. 06238380

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Filing and Appearance were served upon the above named by electronic filing on the 30th day of June, 2008.

   /s/ John P. Wise

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN P. KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.  08 CV 2237 |
| | ) | |
| P. O. ADAM STAPLETON, | ) | Judge Lefkow |
| P. O. THOMAS A. ROLAND, and | ) | |
| P. O. JAMES P. GARRETT, individually, | ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

### *APPEARANCE*

Appearance is hereby filed by the undersigned as attorney for defendant, OFFICER ADAM STAPLETON.

| |
|---|
| NAME<br>JOHN P. WISE |
| SIGNATURE<br>/S/ JOHN P. WISE |
| FIRM<br>CITY OF JOLIET |
| STREET ADDRESS<br>150 WEST JEFFERSON STREET |
| CITY/STATE/ZIP<br>JOLIET, ILLINOIS 60432 |

| IDENTIFICATION NUMBER<br>06238380 | TELEPHONE NUMBER<br>(815) 724-3800 | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO [X] | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO [X] | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO [X] | |