**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 2237 |
|---|---|

Brian P. Kelly, Plaintiff,

v.

P.O. Adam Stapleton, P.O. Thomas A. Roland, and P.O. James P. Garrett, individually, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

James P. Garrett, in his individual capacity, defendant

| NAME (Type or print) |
|---|
| Peter C. Koch |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ Peter C. Koch |

| FIRM |
|---|
| Office of the Attorney General |

| STREET ADDRESS |
|---|
| 100 W. Randolph Street, 13th Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC No.  6225347 | (312) 814-6534 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X  NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X  NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |