UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN P. KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 2237 |
| | ) | |
| P.O. ADAM STAPLETON, | ) | Judge Lefkow |
| P.O. THOMAS A. ROLAND and | ) | |
| P.O. JAMES P. GARRETT, individually | ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant James P. Garrett, by his attorney, Lisa Madigan, Attorney General of Illinois, moves the Court for an extension of time of 30 days, to September 19, 2008, to answer or otherwise plead to Plaintiff's Complaint. In support of this motion, Defendant states as follows:

1. The Complaint in this action was filed on or about April 18, 2008. Defendant waived service of the Complaint and a response to the Complaint is due on or about August 20, 2008.

2. The Attorney General's Office received a request for representation from Defendant on or about July 14, 2008. The Attorney General's Office requires additional time to review the allegations of the Complaint and make a determination as to Defendant's request for representation.

3. No party will suffer prejudice by granting of the motion, which is not interposed for delay.

WHEREFORE, Defendant James P. Garrett requests that his motion be granted, and that he be given until September 19, 2008 to answer or otherwise plead to the Complaint.

| | |
|---|---|
| | Respectfully submitted, |
| LISA MADIGAN | |
| Attorney General of Illinois | /s/ Peter C. Koch |
| | PETER C. KOCH |
| | Assistant Attorney General |
| | General Law Bureau |
| | 100 West Randolph Street, 13th Floor |
| | Chicago, Illinois 60601 |
| | (312) 814-6534 |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing Motion for Extension of Time to Answer or Otherwise Plead was served this 14th day of August 2008 by electronic filing pursuant to Rule XI of the General Order On Electronic Case Filing.

        /s/ Peter C. Koch
        Peter C. Koch
        Assistant Attorney General
        100 W. Randolph Street, 13th Floor
        Chicago, IL 60601
        (312) 814-6534
        pkoch@atg.state.il.us