UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN P. KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 2237 |
| | ) | |
| P.O. ADAM STAPLETON, | ) | Judge Lefkow |
| P.O. THOMAS A. ROLAND and | ) | |
| P.O. JAMES P. GARRETT, individually | ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  All Parties of Record

PLEASE TAKE NOTICE that on Tuesday, August 26, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel or another attorney from the Office of the Attorney General will appear before District Court Judge Joan H. Lefkow, in Room 1925 of U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant James P. Garrett's Motion for Extension of Time to Answer or Otherwise Plead, a copy of which has been served upon you.

|  | Respectfully submitted, |
|---|---|
| LISA MADIGAN | |
| Attorney General of Illinois | /s/ Peter C. Koch |
|  | Peter C. Koch |
|  | Assistant Attorney General |
|  | General Law Bureau |
|  | 100 West Randolph Street, 13th Floor |
|  | Chicago, Illinois  60601 |
|  | (312) 814-6534 |

## CERTIFICATE OF SERVICE

The above-signed hereby certifies that a copy of this Notice of Motion was served this 14th day of August 2008 by electronic filing pursuant to Rule XI of the General Order On Electronic Case Filing.