IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN P. KELLY,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>P.O. ADAM STAPLETON, P.O. THOMAS A. ROLAND, )<br>and P.O. JAMES P. GARRETT, individually,  )<br>  )<br>    Defendants.  ) | No. 08 C 2237<br><br>Judge Joan H. Lefkow |

## NOTICE OF MOTION

TO:   See attached Service List

PLEASE TAKE NOTICE that on Tuesday, August 26, 2008, at 9:30 a.m., the undersigned shall appear before the Honorable Judge Joan Lefkow, in Courtroom 1925, 219 S. Dearborn Street, Chicago, Illinois, and present Defendant Roland's **Motion to Dismiss Count I of Plaintiff's Complaint** and **Motion for Leave to File Answer After the Ruling on his Partial Motion to Dismiss.**

Martin W. McManaman                     s/ Martin W. McManaman
LOWIS & GELLEN LLP                      One of the attorneys for Defendant Roland
200 West Adams St.
Suite 1900
Chicago, Illinois 60606
(312) 364-2500

## CERTIFICATE OF SERVICE

The undersigned certifies pursuant to 28 U.S.C. §1746 that she caused copies of this notice and referenced motions to be served upon each counsel of record listed in the attached service list via the Court's Electronic Case Filing system on August 15, 2008.

s/ Jessica Jo Chiochanyont

## SERVICE LIST

Attorneys for Plaintiff
Mr. Gregory Kulis
Ms. Ronak Patel
Gregory Kulis & Associates, Ltd.
30 North LaSalle Street
Suite 2140
Chicago, Illinois 60602


Attorneys for Defendant Stapleton
Ms. Kimberly A. Fladhammer
Assistant Corporation Counsel
City of Joliet
150 W. Jefferson Street
Joliet, Illinois 60432


Attorneys for Defendant Garrett
Mr. Peter C. Koch
Assistant Attorney General
General Law Bureau
100 W. Randolph Street
13th Floor
Chicago, Illinois 60601