UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN P. KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 2237 |
| | ) | |
| P.O. ADAM STAPLETON, | ) | Judge Lefkow |
| P.O. THOMAS A. ROLAND and | ) | |
| P.O. JAMES P. GARRETT, individually | ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   All Parties of Record

PLEASE TAKE NOTICE that on Tuesday, September 2, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel or another attorney from the Office of the Attorney General will appear before District Court Judge Joan H. Lefkow, in Room 1925 of U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present Attorney General Lisa Madigan and Assistant Attorney General Peter C. Koch's Motion for Leave to Withdraw As Attorneys of Record, a copy of which has been served upon you.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

/s/ Peter C. Koch
Peter C. Koch
Assistant Attorney General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, Illinois  60601
(312) 814-6534

## CERTIFICATE OF SERVICE

The above-signed, an attorney of record, hereby certifies that on August 27, 2008, he caused to be filed through the Court's CM/ECF system a copy of the foregoing Notice of Motion. A copy of this Notice was also served this same day by U.S. Mail and by Certified Mail – Return Receipt Requested to:

James P. Garrett
1812 Candleberry Lane
Yorkville, Illinois 60560