UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Brian P. Kelly

                    Plaintiff,

v.                                                         Case No.: 1:08−cv−02237

                                                               Honorable Joan H. Lefkow

Adam Stapleton, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow:Defendant's motion for extension of time to 9/19/2008 to answer or otherwise plead [18] is granted. Defendant Roland's motion for leave to file his answer after the ruling on his partial motion to dismiss [23] is granted. Roland is given until 9/19/2008 to answer the complaint. Status hearing of 8/28/2008 stricken and reset to 9/30/2008 at 09:30 AM. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.