## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2237 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Kelly vs. Garrett, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Motion of Lisa Madigan, Attorney General of Illinois, and Assistant Attorney General Peter C. Koch for leave to withdraw as attorneys of record for defendant James P. Garrett [27] is granted. Lisa Madigan, Attorney General of Illinois, and Assistant Attorney General Peter C. Koch are hereby withdrawn as counsel for defendant James P. Garrett.  Status hearing is set for 9/16/2008 at 10:00 a.m. for defendant James P. Garrett to appear in person or by new counsel.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | MD |
|---|---|---|